DECISIONS PER CURIAM FROM FEBRUARY 6, 1917, TO APRIL 30, 1917, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. ——. Original. *Ex parte:* IN THE MATTER OF SAMUEL WINTNER, PETITIONER. Submitted January 29, 1917. Decided March 6, 1917. Motion for leave to file petition for writ of mandamus denied. *Mr. Harold Remington* for petitioner.

No. 23. ELOIT A. DE PASS ET AL., APPELLANTS, *v.* UNITED STATES. Appeal from the Court of Claims. Submitted January 25, 1917. Decided March 6, 1917. *Per Curiam.* Judgment affirmed upon the authority of *Dooley* v. *United States,* 182 U. S. 222; *Armstrong* v. *United States,* 182 U. S. 243; *Fourteen Diamond Rings,* 183 U. S. 176; *De Lima* v. *Bidwell,* 182 U. S. 1. *Mr. Henry M. Ward* and *Mr. H. W. Van Dyke* for appellants. *Mr. Assistant Attorney General Warren* for appellee.